# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

July 30, 2025

_____

## DOCKET CORRECTION NOTICE

_____

No. 24-1063,   <u>Cedar Coal Company v. DOWCP</u>
22-0539-BLA

TO:   Cedar Coal Company

CORRECTION DUE: August 1, 2025

Please make the correction identified below and file a corrected document by the due date indicated.

[✔] Cover page of paper copy of Joint Appendix volume II does not match the electronic version. Please correct and refile ONLY the cover page for volume II.

Kirsten Hancock, Deputy Clerk
804-916-2702